1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEREK E. GRONQUIST,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FAYE NICHOLAS, HEATHER ANNIS, CC3 PAUL PEMBERTON, STEVE BLAKEMAN, KAREN BRUNSON, HAROLD CLARKE, STATE RAMSEY, RICHARD MORGAN, STEVE TOOHEY, JOHN DOES I, II AND III CLALLAM BAY CORRECTIONS CENTER OFFICERS, DEPARTMENT OF CORRECTIONS, and STATE OF WASHINGTON,<br><br>　　　　　　Defendants. | CASE NO.  C10-5374RBL<br><br>ORDER DENYING PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER DENYING REMAND |

　　　THIS MATTER comes on before the Court upon Plaintiff's Objection [Dkt. #15] to the Magistrate Judge's Order [Dkt. #13] denying Plaintiff's motion for remand.  Having considered the entirety of the records and file herein, the Court finds and rules as follows:

　　　Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72, a party may object to a Magistrate Judge's order and request review by a District Judge.  Plaintiff Gronquist objects to the Magistrate Judge's Order denying his motion for remand.  A review of Plaintiff's motion, the Magistrate Judge's Order, and Plaintiff's Objectio indicates that the Magistrate Judge's Order denying remand was not erroneous nor contrary to law.  Plaintiff's Objection is therefore **DENIED.**

ORDER
Page - 1

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 30th day of September, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE