UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEREK E. GRONQUIST,<br><br>                            Plaintiff,<br><br>     v.<br><br>FAYE NICHOLAS, HEATHER ANNIS, CC3 PAUL PEMBERTON, STEVE BLAKEMAN, KAREN BRUNSON, HAROLD CLARKE, STATE RAMSEY, RICHARD MORGAN, STEVE TOOHEY, JOHN DOES I, II AND III CLALLAM BAY CORRECTIONS CENTER OFFICERS, DEPARTMENT OF CORRECTIONS, and STATE OF WASHINGTON,<br><br>                            Defendants. | No. C10-5374 RBL/KLS<br><br>ORDER REGARDING SUBMISSION OF DEPOSITION TRANSCRIPTS |

Before the Court is Plaintiff's letter dated May 19, 2011.  ECF No. 57.  Included with Plaintiff's letter are eleven deposition transcripts marked "Original."   Plaintiff asks that the deposition transcripts be filed with the Court as he will be relying on them for his "Motion to Compel Discovery, Motion to Impose Discovery Sanctions, Cross Motion for Summary Judgment, and Response to Defendants' Motion for Summary Judgment." *Id.*

Discovery is not filed in civil cases, unless it is attached to a motion.  Although Plaintiff indicates that he anticipates filing various motions, none have been filed to date.  At the time Plaintiff files a discovery motion, he may attach the discovery that is in dispute.  *See e.g.,* CR 37(a)(1)(B)(ii) (each disputed discovery request and the opposing party's objection/response thereto shall be set forth in the submission).  *See also,* CR 32 (Using Depositions in Court Proceedings).

ORDER - 1

**ACCORDINGLY,** the Clerk is directed to return the deposition transcripts to Plaintiff and to send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this  31st day of May, 2011.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER - 2