UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEREK E. GRONQUIST,<br><br>                               Plaintiff,<br>    v.<br><br>FAYE NICHOLAS, HEATHER ANNIS, CC3 PAUL PEMBERTON, STEVE BLAKEMAN, KAREN BRUNSON, HAROLD CLARKE, STATE RAMSEY, RICHARD MORGAN, STEVE TOOHEY, JOHN DOES I, II AND III CLALLAM BAY CORRECTIONS CENTER OFFICERS, DEPARTMENT OF CORRECTIONS, and STATE OF WASHINGTON,<br><br>                              Defendants. | No. C10-5374 RBL/KLS<br><br>ORDER GRANTING TEN DAY EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT |

    Before the Court is Plaintiff's letter to the Clerk requesting a ten day extension of time, until June 5, 2011, to file his response to Defendants' motion for summary judgment. ECF No. 63. The Clerk noted the letter on the Court's calendar for June 17, 2011. The Plaintiff's response was filed on June 7, 2011.

    Accordingly, it is **ORDERED:**

ORDER- 1

1     (1)     Plaintiff's request for a ten day extension (ECF No. 63) is **GRANTED.** Plaintiff shall file his response to Defendants' motion for summary judgment **on or before June 7, 2011.**

(2)     The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  16th  day of June, 2011.

*Karen L. Strombom* (signature)
Karen L. Strombom
United States Magistrate Judge

ORDER- 2