UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEREK E. GRONQUIST,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FAYE NICHOLAS, HEATHER ANNIS, CC3 PAUL PEMBERTON, STEVE BLAKEMAN, KAREN BRUNSON, HAROLD CLARKE, STATE RAMSEY, RICHARD MORGAN, STEVE TOOHEY, JOHN DOES I, II AND III CLALLAM BAY CORRECTIONS CENTER OFFICERS, DEPARTMENT OF CORRECTIONS, and STATE OF WASHINGTON,<br><br>　　　　　　　Defendants. | No. C10-5374 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

　　The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, [Dkt. # 85], and the remaining record, does hereby find and **ORDER**:

　　(1)　The Court adopts the Report and Recommendation.

　　(2)　Defendants' Motion for Summary Judgment (ECF No. 18) is **GRANTED as to** Defendants Clarke, Morgan, Ramsey, Brunson, Blakeman, Pemberton, and Toohey. Plaintiff's federal claims against them are **DISMISSED WITH PREJUDICE**; Plaintiff's state claims against them are **DISMISSED WITHOUT PREJUDICE**.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(3) Defendants Motion for Summary Judgment (ECF No. 18) is **DENIED** on grounds of Eleventh Amendment immunity as to Defendants Department of Corrections and the State of Washington.

(4) Defendants' Motion for Summary Judgment (ECF No. 18) is **DENIED as to** Defendants Nicholas and Annis (as to claims that they failed to timely assist or aid Plaintiff during the attack).

(5) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 8th day of September 2011.

Ronald B. Leighton
United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2